UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
SYLVIA BOWMAN, NELLENE BRACEWELL,  :
JENNIFER BRIGHT, JEANNE BURKE,     :
FRANCES CRUM, SHARON ERBAN, ELLEN  :
FOSHAY, PAMELA GLOVER, OCIE M.     :
HUDSON, RODNEY HURST,              :
                                   :
    Plaintiffs.                  :   Civil Action
v.                                 :   No. 04-11249-GAO
                                   :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME   :
PRODUCTS CORPORATION; WYETH        :
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A    :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER        :
INGELHEIM PHARMACEUTICALS, INC.,   :
                                   :
    Defendants.                  :
---------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                  Respectfully submitted,
    Boston, Massachusetts

                                                  /s/Matthew J. Matule
                                                  Matthew J. Matule (BBO #632075)
                                                  SKADDEN, ARPS, SLATE,
Of Counsel:                             MEAGHER & FLOM LLP
Barbara Wrubel                        One Beacon Street
Katherine Armstrong                   Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                 (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                        Counsel for Defendant
                                                    Boehringer Ingelheim Pharmaceuticals, Inc.