UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| SYLVIA BOWMAN, NELLENE BRACEWELL, JENNIFER BRIGHT, JEANNE BURKE, FRANCES CRUM, SHARON ERBAN, ELLEN FOSHAY, PAMELA GLOVER, OCIE M. HUDSON, RODNEY HURST, | |
| Plaintiffs. | Civil Action |
| v. | No. 04-11249-GAO |
| INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 28, 2004                                Respectfully submitted,
      Boston, Massachusetts

                                                    /s/Matthew J. Matule
                                                    Matthew J. Matule (BBO #632075)
                                                    SKADDEN, ARPS, SLATE,
Of Counsel:                                           MEAGHER & FLOM LLP
Barbara Wrubel                                      One Beacon Street
Katherine Armstrong                                 Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                               (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                      Counsel for Defendant
                                                    Boehringer Ingelheim Pharmaceuticals, Inc.